In the Matter of the Claim of EDWARD ZEH, Respondent, against ST. FRANCIS DESALES R. C. CHURCH et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued February 25, 1942; decided April 16, 1942.

*Seward H. Millener* for appellants.

*John J. Bennett, Jr., Attorney-General (John F. Loehr* and *Joseph A. McLaughlin* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.